# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CITIMORTGAGE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:11-CV-0407-K |
| | ) | |
| LEAANN FOSTER AND ALL OTHER OCCUPANTS | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED.

SIGNED this 11th day of May, 2011.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE